1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  VALERIE K. BRENNAN (CA Bar No. 248148)
   vbrennan@adorno.com
4  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel:  (714) 852-6800
   Fax: (714) 852-6899
7
   Attorneys for Defendant
8  JPMORGAN CHASE BANK, N.A., FOR
   ITSELF AND AS ACQUIRER OF CERTAIN
9  ASSETS AND LIABILITIES
   OF WASHINGTON MUTUAL BANK FROM
10 THE FEDERAL
   DEPOSIT INSURANCE CORPORATION
11 ACTING AS RECEIVER



IT IS SO ORDERED
Judge Richard Seeborg

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO R. VENEGAS, | CASE NO.:  C09 00416 |
| Plaintiff, | NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL |
| v. | |
| INDYMACK BANK, WASHINGTON MUTUAL, CHASE BANK DOES 1 through 5, inclusive, | Action Filed:  December 9, 2008 |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** defendant JPMorgan Chase Bank, N.A. ("JPMorgan"), for itself and as acquirer of certain assets and liabilities of Washington Mutual Bank ("WaMu") from the Federal Deposit Insurance Corporation acting as receiver, withdraws its Notice of Removal in the above-captioned matter filed with this Court on January 29, 2009 ("Notice of Removal").

The Notice of Removal was filed to remove the Complaint filed by plaintiff Armando R. Venegas ("Plaintiff") in the Superior Court of the State of California for the County of San Joaquin, case number 39-2008-00199355 to the United States District Court for the Eastern District of California, but was erroneously filed with the Northern District instead of the Eastern District.

DATED: February 6, 2009
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
JOHN M. SORICH
S. CHRISTOPHER YOO
VALERIE K. BRENNAN
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., FOR ITSELF AND AS ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER